IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-MJ-2016-JG

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) ORDER ON PROBABLE CAUSE ) |
| MIMA LETICIA DURAN MORADEL, | ) ) |
| Defendant. | ) |

This matter came before the court for a preliminary examination regarding a charge filed against Defendant contained in a criminal complaint. Defendant is charged with conspiracy to defraud the United States in violation of 18 U.S.C. § 286.

At the commencement of the hearing, Defendant indicated to the court her intention to waive the preliminary examination. After conducting an inquiry of Defendant and her counsel in open court, this court finds that Defendant has waived her right to a preliminary examination knowingly and voluntarily and the court accepts Defendant's waiver of her right to a preliminary examination. Based on Defendant's knowing and voluntary waiver, this court finds probable cause exists to hold Defendant over for the presentment of her case to the grand jury.

SO ORDERED, the 1st day of July 2014.

_____
Robert B. Jones, Jr.
United States Magistrate Judge