UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 5:14-MJ-02016-JG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| MIRNA LETICIA DURAN MORADEL | : | |

The United States of America, and counsel for the defendant in this action, Raymond C. Tarlton, have filed a joint motion to dismiss the Complaint without prejudice.

Wherefore, after reviewing the motion, and for good cause shown, it is HEREBY ORDERED that the Complaint be dismissed without prejudice.

So ordered, this __25__ day of __January__, 2016.

JAMES C. DEVER III
Chief United States District Judge